**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: A.S.C., A MINOR : No. 402 EAL 2021
:
:
:
PETITION OF: V.M., MOTHER : Petition for Allowance of Appeal from
: the **Unpublished Order** of the
: Superior Court at No. 1015 EDA
: 2021 entered on August 6, 2021,
: **quashing** the Order of the
: Philadelphia County Court of
: Common Pleas at Nos. CP-51-AP-
: 0000265-2020 and CP-51-DP-
: 0002012-2017 entered on April 23,
: 2021

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of February, 2022, the Petition for Allowance of Appeal is

**GRANTED**.  The order of the Superior Court is **VACATED**, and the matter is **REMANDED**

to that court for reconsideration in light of *Commonwealth v. Young,* ___ A.3d ____, ___,

2021 WL 6062566 at *11 (Pa. Dec. 22, 2021) ("Rule 341 requires that when a single order

resolves issues arising on more than one docket, separate notices of appeal must be filed

from that order at each docket; but, where a timely appeal is erroneously filed at only one

docket, Rule 902 permits the appellate court, in its discretion, to allow correction of the

error, where appropriate.").

     Jurisdiction is **RELINQUISHED**.